EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 114 |
| Designación Miembros de la Comisión de Disciplina Judicial | 216 DPR ___ |

Número del Caso: EN-2025-0003

Fecha: 5 de octubre de 2025

Materia: Designación Miembros de la Comisión de Disciplina Judicial.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> Designación Miembros de la Comisión de Disciplina Judicial | EN-2025-03 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de noviembre de 2025.

La Regla 12(b) de las Reglas de Disciplina Judicial, 4 LPRA Ap. XV-B, dispone que la Comisión de Disciplina Judicial (Comisión) se compondrá de una Presidenta o Presidente y siete (7) Comisionadas Asociadas o Comisionados Asociados, nombrados por el Tribunal. Al amparo de esta disposición, se designan a las personas siguientes, como miembros de la Comisión en los cargos que se indican a continuación:

Lcda. Evelyn Benvenutti Toro, Comisionada Asociada
Lcda. Ygrí Rivera Sánchez, Comisionada Asociada
Lcda. Gisela Alfonso Fernández, Comisionada Asociada
Sr. Jaime Barreto Aponte, Comisionado Asociado

Conforme a la Regla 12(c)de Disciplina Judicial, los miembros de la Comisión ocuparán sus cargos por un término de cuatro (4) años y hasta que la sucesora o el sucesor tome posesión del cargo. Estos nombramientos entrarán en vigor inmediatamente.

El Tribunal agradece a la Comisionada Asociada saliente, Lcda. Aleida Varona Méndez, y al Comisionado Asociado saliente, Dr. Juan Salgado Morales, por los siete (7) años de servicio y compromiso para con la Comisión de Disciplina Judicial, este Tribunal y el Pueblo de Puerto Rico.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo